IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:26-HC-2030-D

TAYLOR TOWER, )
)
Petitioner, )
)
v. )　　　　　　　**ORDER**
)
STATE OF NORTH CAROLINA, )
)
Respondent. )

On February 17, 2026, Taylor Tower ("Tower" or "petitioner"), a state inmate proceeding

pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 [D.E. 1]. On February

18, 2026, Magistrate Judge Jones issued an order of deficiency directing Tower to file his petition

on the forms prescribed for use by this court and to either pay the filing fee or file an application

to proceed without payment of fees and affidavit [D.E. 3]. Magistrate Judge Jones warned Tower

that his failure to comply may result in the dismissal of this action without prejudice for failure to

prosecute, and sent him the forms needed to comply with the order. See id.

Tower failed to comply with Magistrate Judge Jones's order, and the time within which to

do so has expired. Accordingly, the court DISMISSES the action without prejudice. See Clack v.

Rappahannock Reg'l Staff, 590 F. App'x 291, 291–92 (4th Cir. 2015) (per curiam) (unpublished);

Ballard v. Carlson, 882 F.2d 93, 95–96 (4th Cir. 1989). The clerk shall close the case.

SO ORDERED. This 18 day of March, 2026.

JAMES C. DEVER III
United States District Judge